Kim T. Nguyen (SBN: 162783)
LAW OFFICES OF KIM T. NGUYEN
14081 Yorba Street, Suite 203
Tustin, CA 92780
Telephone: (714) 508-7930
Facsimile: (714) 508-6832

**Attorney for Plaintiff**

Natalie P. Vance (SBN: 206708)
NVance@klinedinstlaw.com
Ian A. Rambarran (SBN: 227366)
IRambarran@klinedinstlaw.com
**KLINEDINST PC**
1107 9TH Street, Suite 680
Sacramento, CA 95814
Telephone: (916) 444-7573
Facsimile: (916) 444-7544

**Attorneys for Defendants**

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT CALIFORNIA

| | |
|---|---|
| JAROD DECTER,<br><br>            PLAINTIFF,<br><br>V.<br><br>MOG SALES, LLC, *ET AL.*,<br><br>            DEFENDANTS. | NO. 2:06-CV-1738-MCE-GGH<br><br>STIPULATION FOR EXTENSION OF TIME TO PLEAD OR MOVE IN RESPONSE TO THE COMPLAINT AND ORDER<br><br>Judge: Hon. Morrison C. England<br>Courtroom: No. ____<br><br>Current Response Date:   8/14/06<br>Proposed Response Date:   8/31/06 |

PURSUANT TO LOC. R. 6-144(a), IT IS HEREBY STIPULATED

BETWEEN THE PARTIES AND THEIR RESPECTIVE ATTORNEYS

1  OF RECORD THAT:

2     1. A Notice of Removal was filed in this case on August 7, 2006;

3     2. Pursuant to Fed.R.Civ.P. 81(c) and 6(a), no answer, motion to dismiss, or

4        other response to the Complaint is due before August 14, 2006.

5     3. Pursuant to Loc. R. 6-144(a), it is hereby stipulated that all defendants

6        who have been served as of the date hereof with process shall have up to

7        and including August 31, 2006 in which to plead, move or otherwise

8        respond to the Complaint.

10  Dated: August 9, 2006

13                          By: _____

                              **Kim T. Nguyen,**

14                                Attorney for the Plaintiff

15  Dated: August 9, 2006      **KLINEDIST PC**

18                          By: _____

                              **Ian A. Rambarran,**

19                                Attorneys for Defendants

21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///

**ORDER**

Pursuant to the stipulation above and for good cause shown, all defendants who have been served with process as of the date hereof shall have up to and including August 31, 2006 in which to plead, move or otherwise respond to the Complaint.

IT IS SO ORDERED.

DATE: August 15, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE